1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   LYDIA NIELSON POINDEXTER (also            No. 2:14-CV-00994-KJM-AC
     known as LYDIA MONTALVO),
12
                    Plaintiff,
13                                             ORDER

14          v.

15   KAISER FOUNDATION HEALTH
     PLAN, INC., et al.,
16
                    Defendants.
17

18          On April 28, 2014, one of the defendants filed a motion to dismiss the complaint,

19   and a hearing was set on June 6, 2014.  (ECF 7.)  On May 22, 2014, plaintiff moved for an

20   extension of time to obtain new counsel (ECF 9), and on May 28, 2014, the court granted that

21   request; thus, continuing the original hearing date on the pending motion to dismiss for two

22   weeks to allow plaintiff to obtain a new counsel.  (ECF 11.)  Because by June 11, 2014, the court

23   had not heard from plaintiff, the court again continued the hearing date on the pending motion to

24   dismiss to August 7, 2014, to allow more time for plaintiff to obtain new counsel.  (ECF 12.)  As

25   of the date of this order, plaintiff has not notified the court whether or not she has been able to

26   find new counsel.  Nor has plaintiff filed a substantive opposition to the pending motion to

27   dismiss.

28   /////

                                                1

1          Accordingly, the court hereby continues the hearing date set for the pending

2  motion to dismiss (ECF 7) to September 12, 2014.  In the meantime, plaintiff is hereby

3  ORDERED, within seven (7) days of entry of this order, to show cause why this case should not

4  be dismissed for failure to prosecute, for failure to comply with the court's orders, and for failure

5  to comply with the Local Rules.

6          IT IS SO ORDERED.

7  DATE:  August 1, 2014.

8

9                            _____

10                          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28